# THE UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RUI GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIETE KAMEL BEKDACHE & FILS S.A.L., a Lebanese joint stock corporation,<br><br>Defendant. | Case No. CV-11-6959RGK (JEMx)<br><br>JUDGMENT<br><br>Judge R. Gary Klausner<br>Courtroom 850 |

This action came to trial before the Court on May 28, 2013 and May 29, 2013. The issues have been tried and a decision has been rendered.

IT IS ORDERED, ADJUDGED AND DECREED: that the plaintiff Jin Rui Group, Inc., a California corporation have judgment against defendant Societe Kamel Bekdache & Fils S.A.L., a Lebanese joint stock corporation, in the amount of $1,200,041.95 with interest at an annual rate of 10% from

///

1 | May 19, 2011 amounting to $246,225.18. ~~, plus prevailing party attorney~~
2 | ~~fees, costs and disbursements of this action in the amount of~~
3 | ~~$_____ amounting in all to $_____.~~
4 |     The Court awards Plaintiff its costs, in the amount to be determined
5 | by application to the Clerk of Court.
6 |
7 | DATED:  June 25, 2013        _____/s/ Gary Klausner_____
                                        UNITED STATES DISTRICT JUDGE